# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kirk Pryor, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:12cv265 |
| | ) | 1:01cr48-6 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2014 Order.

August 6, 2014

Frank G. Johns, Clerk
United States District Court